UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROCKY SUSSHINE,**

    **Plaintiff,**

v.                                                **Case No: 8:21-cv-2758-AAS**

**COSTCO WHOLESALE CORP.,**

    **Defendant.**
_____/

## ORDER

    Defendant Costco Wholesale Corporation (Costco) moves for leave to file a third-party complaint. (Doc. 38). Plaintiff Rocky Susshine does not respond.

    "A defending party may, as a third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it." Fed. R. Civ. P. 14(a)(1). "Rule 14(a) allows a defendant to assert a claim against any person not a party to the main action only if that third person's liability on that claim is in some way dependent upon the outcome of the main claim." *U.S. v. Olavarrieta*, 812 F.2d 640, 643 (11th Cir. 1987). "This rule is typically used to implead indemnitors into the litigation." *Journey Two Enter., LLC, v. N342AJ, LLC*, No. 19-cv-880-JSM-SPF, 2020 WL 9748989, at *1 (M.D. Fla. Mar. 4, 2020).

    This court previously denied Costco's attempt to implead Sarasota

Shoppingtown as a third-party defendant (Doc. 28) for Costco's failure to allege this court's jurisdiction in its proposed third-party complaint. (Doc. 37). Costco now alleges federal jurisdiction over its proposed third-party complaint. See (Doc. 38, Ex. 1, ¶ 7–8).

Costco requests leave to implead Sarasota Shoppingtown, LLC, "the owner/landlord of the premises [Costco] leased to operate the Costco warehouse store in close proximity to the location where [Mr. Susshine] allegedly tripped and fell." (Doc. 38, p. 2). Costco's proposed third-party complaint contends Sarasota Shoppingtown "is a Delaware limited liability company" and raises counts of contractual indemnification and contribution. (*Id*. at Ex. A). Costco alleges its lease with Sarasota Shoppingtown includes an indemnification provision. (*Id*.). Costco's allegations are in some way dependent upon the outcome of Mr. Susshine's main claims against Costco.

Costco's Motion for Leave to File a Third-Party Complaint (Doc. 38) is thus **GRANTED**.

**ORDERED** in Tampa, Florida on June 2, 2022.

*[signature: Amanda Arnold Sansone]*
AMANDA ARNOLD SANSONE
United States Magistrate Judge