UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCKY SUSSHINE,

    Plaintiff,

v.                                                     Case No. 8:21-cv-02758-KKM-MRM

COSTCO WHOLESALE CORP.,

    Defendant.
_____

## ORDER

The parties notified the Court that a settlement is pending in this case. (Doc. 88.) Accordingly, the Clerk is directed to **STAY** and **CLOSE** this case. Within **60 days** of this order, Plaintiff may submit a stipulated settlement, move for dismissal under Federal Rule of Civil Procedure 41(a)(2), or move to reopen the action. *See* FED. R. CIV. P. 41(a)(1)–(2). If Plaintiff fails to do any of the above within sixty days, the case is **DISMISSED without prejudice** for failure to prosecute. *See* Local Rule 3.10.

    **ORDERED** in Tampa, Florida, on June 20, 2023.

                                                                      Kathryn Kimball Mizelle
                                                                      United States District Judge